IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY MCCOY, | : |
|        Plaintiff, | : |
| v. | :  Civil Action No. 2:21-CV-00389-CCW |
| PAN AMERICAN GROUP, LLC, | : |
|        Defendant. | : |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Lisa M. Scidurlo, Esq., of Stevens & Lee, P.C., duly admitted to practice before this Court, hereby appears as counsel for Defendant Pan American Group, LLC, in the above-captioned action, and respectfully requests that all correspondence and papers in connection with this action be served upon her at the following address:

Lisa M. Scidurlo, Esq.
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
(610) 205-6042
lmsc@stevenslee.com

Respectfully submitted,

STEVENS & LEE, P.C.

Dated:  May 6, 2021

*/s/ Lisa M. Scidurlo*
Lisa M. Scidurlo, Esq.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
(610) 205-6042
lmsc@stevenslee.com

SL1 1692432v1 115460.00002