**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TAMMY MCCOY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 2:21-CV-00389-CCW |
| | : | |
| PAN AMERICAN GROUP, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion of Defendant PAN American Group LLC, to compel arbitration and dismiss the present action, and any responses thereto, it is hereby **ORDERED** THAT:

1. Defendant's Motion is GRANTED;

2. Plaintiff's Complaint is hereby DISMISSED; and

3. The parties are DIRECTED to proceed to arbitration in accordance with the parties' governing arbitration agreement.

_____
J.