IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY MCCOY,<br><br>             Plaintiff,<br><br>v.<br><br>PAN AMERICAN GROUP, LLC,<br><br>             Defendant | Civil Action No. 2:21-cv-00389-CCW |

## JOINT STATUS REPORT

Pursuant to this Court's May 18, 2022 Order [*ECF No. 40*], Plaintiff Tammy McCoy and Defendant Pan American Group, LLC hereby submit this Joint Status Report.  The Parties are scheduled for a mediation session with Kenneth J. Benson on August 25, 2022.  If the mediation session is unsuccessful in resolving the dispute, the Parties have agreed to proceed with arbitration, having mutually selected Sally Griffith Cimini to serve as the arbitrator.  The arbitration hearing will be scheduled after the mediation, as needed.

Respectfully Submitted,

| | |
|---|---|
| */s/  Michael J. Bruzzese*<br>Michael J. Bruzzese (PA 63306)<br>220 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>T:  (412) 281-8676<br>E:  mjb@mjblawoffice.com<br><br>*Attorney for Plaintiff* | */s/  James A. Holt*<br>James A. Holt (PA 314350)<br>Mariah H. McGrogan (PA 318488)<br>Reed Smith LLP<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA  15222<br>T:  (412) 288-4173/3152<br>F:  (412) 288-3063<br>E:  jholt@reedsmith.com<br>      mmcgrogan@reedsmith.com<br><br>*Attorneys for Defendant* |

Dated:  August 16, 2022