IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY MCCOY,<br><br>        Plaintiff,<br><br>v.<br><br>PAN AMERICAN GROUP, LLC,<br><br>        Defendant | Civil Action No. 2:21-cv-00389-CCW |

**JOINT STATUS REPORT**

Pursuant to this Court's August 16, 2022 Order [*ECF No. 42*], Plaintiff Tammy McCoy and Defendant Pan American Group, LLC hereby submit this Joint Status Report. The Parties attended a mediation session with Kenneth J. Benson on August 25, 2022. The case was not resolved at the mediation. The Parties have agreed to proceed with arbitration, having mutually selected Sally Griffith Cimini to serve as the arbitrator. A scheduling conference with Arbitrator Cimini is scheduled for September 27, 2022.

        Respectfully Submitted,

*/s/ Michael J. Bruzzese*
Michael J. Bruzzese (PA 63306)
220 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
T: (412) 281-8676
E: mjb@mjblawoffice.com

*Attorney for Plaintiff*

*/s/ James A. Holt*
James A. Holt (PA 314350)
Mariah H. McGrogan (PA 318488)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
T: (412) 288-4173/3152
F: (412) 288-3063
E: jholt@reedsmith.com
    mmcgrogan@reedsmith.com

*Attorneys for Defendant*

Dated: September 2, 2022